UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | 4:06 MD 1811 CDP |
| RICE LITIGATION, | ) | ALL CASES |

## ORDER

**IT IS HEREBY ORDERED** that the motion of Mr. Lueckenhoff to withdraw and reenter as attorney of record on behalf of defendants is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2008.